**Order filed, April 23, 2013.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

### NO. 14-13-00294-CV

_____

**FEDEX HOME DELIVERY, JOAQUIN CASTRO AND TALAMENTES ENTERPRISES, INC., Appellant**

**V.**

**JEANETTE STONE, Appellee**

---

**On Appeal from the 361st District Court**
**Brazos County, Texas**
**Trial Court Cause No. 08-001967-CV-361**

---

## ORDER

The reporter's record in this case was due **April 15, 2013**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Felix Thompson**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM